UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. SALLEE, <br><br> Petitioner, <br><br> v. <br><br> RON DAVIS, Warden, <br><br> Respondent. | NO. CV 17-9242-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 1, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE